IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 25-CR-01041 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | **Count 1** |
| | ) | 18 U.S.C. § 922(g)(1) |
| MARVELL DESHAWN McCLENDON, | ) | Possession of a Firearm by a Felon |
| | ) | |
| Defendant. | ) | |
| | ) | **Forfeiture** |
| | ) | |
| | ) | |

The Grand Jury charges:

## Count 1

### Possession of a Firearm by a Felon

On or about February 28, 2025, in the Northern District of Iowa, defendant MARVELL DESHAWN McCLENDON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Glock 19 Gen 5, 9x19mm caliber pistol, and the firearm was in and affecting commerce.

Defendant was previously convicted of the following crime punishable by imprisonment for a term exceeding one year:  Aggravated Robbery / Indicate Armed with Firearm, in the Circuit Court of Cook County, Illinois, on or about January 12, 2018, in case number 17CR465001.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

1

## <u>Forfeiture Allegation</u>

By virtue of having committed the acts specified in this Indictment, defendant MARVELL DESHAWN McCLENDON shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of Title 18, United States Code, Section 922(g)(1), including but not limited to the firearm listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

TIMOTHY T. DUAX
United States Attorney

By:

DILLAN EDWARDS
Assistant United States Attorney

A TRUE BILL

Grand Jury Foreperson     Date 9/23/25

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 9/23/2025
PAUL DE YOUNG, CLERK

2