# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA )
)  Criminal No. 25-CR-01041
v. )
)
MARVELL DESHAWN McCLENDON )
)
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus

[✓] Ad Prosequendum          [ ] Ad Testificandum

Name of Detainee: Marvell Deshawn McCLENDON          Inmate ID 6920920

Detained at: Clarinda Correctional Facility          in the custody of Warden Stephen Weis

Detainee is:   a.)   [✓] charged in this District by: [✓] Indictment [ ] Information [ ] Complaint
Charging Detainee with:
18 USC § 922(g)(1): Possession of a Firearm by a Felon

or   b.)   [ ] a witness not otherwise available by ordinary process of the Court.

and
Detainee will:   a.)   [ ] return to the custody of detaining facility upon conclusion of said proceedings.

or   b.)   [✓] be retained in federal custody until final disposition of federal charges.

Appearance is necessary on _____ forthwith _____ at _____

in:   [✓] Cedar Rapids   [ ] Sioux City

*/s/ Dillan Edwards*

09/30/2025

Date

Dillan Edwards
Assistant United States Attorney
Phone: 319-363-6333

## ORDER FOR WRIT OF HABEAS CORPUS

[✓] Ad Prosequendum          Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and at any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

September 30, 2025

Date

United States District/Magistrate Judge