# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### EASTERN   DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARVELL DESHAWN McCLENDON,<br><br>Defendant. | **HEARING MINUTES**   Sealed:   No<br>Case No.:   2:25-cr-1041-CJW-MAR<br>Presiding Judge:   Mark A. Roberts, Magistrate<br>Deputy Clerk:   Paul Coberly<br>Official Court Record:   FTR Gold         Contract?   --<br>Contact Information:                        -- |

| Date: | 11/7/2025 | Start: | 10:59 AM | Adjourn: | 11:04 AM | Courtroom: | 2 | |
|---|---|---|---|---|---|---|---|---|

| Recesses: | -- | Time in Chambers: | -- | Telephonic? | No |
|---|---|---|---|---|---|

| Appearances: | Plaintiff(s): | AUSA Devra Hake | | | | |
|---|---|---|---|---|---|---|
| | Defendant(s): | AFPD Jill M. Johnston (Defendant appears personally) | | | | |
| | U.S. Probation: | -- | | | | |
| | Interpreter: | -- | Language: | -- | Certified: -- | Phone: -- |

| **TYPE OF PROCEEDING:** | **INITIAL APPEARANCE:** | X | **AND/OR** | **ARRAIGNMENT:** | X | |
|---|---|---|---|---|---|---|

| | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|

| | |
|---|---|
| Date of indictment: | 9/23/2025 |
| Was defendant *Mirandized*? | Yes |
| Defendant pleaded | not guilty to count 1 of the indictment |

| Counsel: | | Retained | X | Appointed (FPD or CJA Panel): | | FPD: Jill M. Johnston |
|---|---|---|---|---|---|---|

| | |
|---|---|
| Stipulation to discovery plan? | Yes |

| Did the government move for detention? | | Yes | Was the defendant detained? | | Yes | |
|---|---|---|---|---|---|---|

| | |
|---|---|
| Detention hearing: | Waived. Right reserved. |
| Trial date: | CJW 1/5/2026 |
| **Witness/Exhibit List is** | -- |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| **Miscellaneous:** | Defendant requests reading of the indictment. Court reads the indictment.<br><br>Court confirms the United States' obligation under Rule 5(f), that is, to disclose to the defendant all exculpatory evidence as required by *Brady v. Maryland* and its progeny. Failure to disclose any such evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanction by the Court. |
|---|---|

Case 2:25-cr-01041-CJW-MAR     Document 8     Filed 11/07/25     Page 1 of 1