# UNITED STATES DISTRICT COURT
### for the
### Northern District of Iowa

**RECEIVED**
*By USMS N/IA at 4:07 pm, Sep 23, 2025*

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 25-CR-01041 |
| Marvell Deshawn McCLENDON | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*   Marvell Deshawn McCLENDON ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm by a Felon in violation of Title 18, United States Code, Section 922(g)(1).

Date:   09/23/ 2025

City and state:   Cedar Rapids, Iowa

_____
*Issuing officer's signature*

Mark A. Roberts, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|

This warrant was received on *(date)*   09/23/2025 , and the person was arrested on *(date)*   11/05/2025
at *(city and state)*   Clarinda, IA .

Date:   11/07/2025

_____
*Arresting officer's signature*

James Vick     DUSM
*Printed name and title*