# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### EASTERN   DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARVELL DESHAWN McCLENDON,<br><br>Defendant. | **HEARING MINUTES**   Sealed:   No<br>Case No.:   2:25-cr-1041-CJW-MAR<br>Presiding Judge:   Mark A. Roberts, Magistrate<br>Deputy Clerk:   Paul Coberly<br>Official Court Record:   FTR Gold     Contract?   --<br>Contact Information:                    -- |

| Date: | 12/10/2025 | Start: | 1:28 PM | Adjourn: | 1:35 PM | Courtroom: | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | | -- | | Telephonic? | No |
| Appearances: | | Plaintiff(s): | AUSA excused | | | | | | |
| | | Defendant(s): | AFPD Jill M. Johnston (Defendant appears personally) | | | | | | |
| | | U.S. Probation: | -- | | | | | | |
| | | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: -- |

| **TYPE OF PROCEEDING:** | **MOTION HEARING** | | |
|---|---|---|---|

| | | | | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|---|---|---|
| **MOTION:** | **1.** | Pro se motion to discharge counsel | | | | Doc. # | 15 |
| | Ruling: | Denied | | | | Order to follow? | No |
| | **2.** | -- | | | | Doc. # | |
| | Ruling: | | | | | Order to follow? | |
| | | **Witness/Exhibit List is** | -- | | | | |
| | | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | | | |
| | | **Miscellaneous:** | Court directs that the transcript of this hearing be sealed.<br><br>Discussion held.<br><br>Court requests Defendant to try again and work with Ms. Johnston to reach the best outcome possible. Defendant states he is willing to continue with Ms. Johnston. | | | | |

Case 2:25-cr-01041-CJW-MAR    Document 17    Filed 12/10/25    Page 1 of 1