IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.: 25-CR-1041 |
| Plaintiff, | ) | |
| | ) | <u>UNRESISTED</u> |
| vs. | ) | MOTION FOR EXTENSION OF TIME TO |
| | ) | FILE OBJECTIONS TO DRAFT |
| MARVELL DESHAWN MCCLENDON, | ) | PRESENTENCE REPORT |
| | ) | |
| Defendant. | ) | |

Marvell Deshawn McClendon, through counsel, respectfully moves the court for an extension of time within which to file objections to his draft presentence report, and in support of the motion states as follows:

1.     Mr. McClendon pleaded guilty to one count of felon in possession of a firearm on December 22, 2025.  He is in custody at the Fayette County Jail.

2.     The draft presentence report was disclosed on February 24, 2026. Objections to the report are due on March 10, 2026.

3.     As of March 2, 2026, Mr. McClendon had not received his copy of the draft report.  Defense counsel will be out of the office from March 4-10, 2026, and will not have time to attempt to review the report with Mr. McClendon on March 3 due to previously scheduled commitments.

4.     Mr. McClendon is seeking a two-week extension to file objections to his draft presentence report.

5.     Assistant United States Attorney Dillan Edwards has indicated the government has no resistance to this motion.

1

WHEREFORE, Defendant Marvell Deshawn McClendon, through counsel, respectfully moves for an extension of two weeks within which to file his objections to the draft presentence report, until March 24, 2026.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA  52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Jill M. Johnston
JILL M. JOHNSTON
jill_johnston@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on March 2, 2026, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By:  /s/ Melissa Dullea

2